IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**SHALOLA SIMMONS, individually**                                                    **PLAINTIFF**
**and on behalf of the statutory wrongful**
**death beneficiaries of Jeffrey Dale**
**Simmons, deceased**

V.                                                          **NO. 4:19-CV-148-DMB-JMV**

**MISSISSIPPI CVS PHARMACY,**
**L.L.C., et al.**                                                                         **DEFENDANTS**

## ORDER CLOSING CASE

On September 16, 2020, the parties filed a "Joint Stipulation of Dismissal" in which they "stipulate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that all claims in this action be DISMISSED WITH PREJUDICE." Doc. #49. Accordingly, this case is **CLOSED**.

**SO ORDERED**, this 17th day of September, 2020.

                                                                        /s/Debra M. Brown
                                                                        **UNITED STATES DISTRICT JUDGE**